JS 44   (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
PAUL DONAHUE

**DEFENDANTS**
AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Fulton County GA
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Daniel W. Ballard, Esq. 125 Half Mile Road Suite 110
Red Bank New Jersey 07701 732--704-4647

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [x] 3  Federal Question (U.S. Government Not a Party)
- [ ] 2  U.S. Government Defendant
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [x] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| | | | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
National FLood Insurance Act 42-U.S.C.4001 -Breach of Insurance Contract

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE: 3/3/2023

SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

PAUL DONAHUE,

      CIVIL ACTION NO.

    Plaintiff,

v.

AMERICAN BANKERS
INSURANCE COMPANY OF FLORIDA

    Defendant.
_____/

## CIVIL ACTION COMPLAINT

Plaintiff, PAUL DONHUE, by and through his counsel, files this Complaint against Defendant, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, as follows:

### INTRODUCTION

1. This is an action by the Plaintiff, homeowner, against his insurance carrier AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA ("AMERICAN BANKERS") for benefits owed under the flood insurance policy, which have not been paid, as a result of Hurricane Ida.

2. The Plaintiff purchased a flood insurance policy from AMERICAN BANKERS, which participates in the U.S. Government's National Flood Insurance Program ("NFIP") pursuant to the National Flood Insurance Act of 1968 ("NFIA"), and consequently issued the federal Standard Flood Insurance Policy ("SFIP") to the Plaintiff.

3. AMERICAN BANKERS failed to pay the damages due and owing under the insurance policy.

### PARTIES

4. Plaintiff, PAUL DONAHUE ("Plaintiff"), is a Pennsylvania resident owning property located at 916 Manor Lane, Apt 58, Feasterville Trevose, PA 190533580.

5. Defendant, AMERICAN BANKERS, is an insurance company authorized to do business in the State of Pennsylvania.

## JURISDICTION

6. This Court has jurisdiction of this action pursuant to the National Flood Insurance Act, specifically 42 U.S.C. § 4001, *et seq*.

## COUNT ONE – BREACH OF CONTRACT

7. Plaintiff, at all relevant times, has been the owner of certain real property located at 916 Manor Lane, Apt 58, Feasterville Trevose, PA 190533580.

8. Plaintiff purchased a flood insurance policy, Policy Number 87052773472020 (the "Policy") from AMERICAN BANKERS, which covered the property at issue in this matter. A copy of the Policy is attached hereto as **Exhibit "A"**.

9. All premiums on the Policy were paid, and the Policy was in full force and effect at all relevant times herein.

10. On or about September 1, 20201 Hurricane Ida caused extensive flooding to certain parts of the country.

11. Hurricane Ida was a flood event, a covered risk under the Policy.

12. Plaintiff's property sustained extensive damage as a result of flood waters associated with Hurricane Ida.

13. Following Hurricane Ida, Plaintiff properly and promptly submitted an insurance claim to AMERICAN BANKERS for damage to his property caused by flood waters associated with Hurricane Ida.

14. On or about October 18, 2021, Plaintiff submitted a Proof of Loss to AMERICAN BANKERS pursuant to the terms of the Policy. A copy of the Proof of Loss is attached hereto as **Exhibit B**.

15. AMERICAN BANKERS has breached the terms of the Policy by failing and refusing to pay all amounts due to the Plaintiff pursuant to the terms of the Policy.

16. Plaintiff has complied with all conditions precedent to the bringing of this action or, in the alternative, AMERICAN BANKERS has waived same.

17. As a result of AMERICAN BANKER'S breach, Plaintiff has suffered damages, including the amounts to which it is legally entitled to recover under the terms of the subject Policy.

**WHEREFORE**, Plaintiff, PAUL DONAHUE, brings this action against Defendant, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA and requests the following relief:

1. Entry of judgment in Plaintiff's favor for all amounts to which it is entitled under the terms of the Policy;

2. An award of the costs of this action; and

3. Such other and further relief as this Court deems just and appropriate.

**MERLIN LAW GROUP, P.A.**

Dated: March 3, 2023    By:    */s/ Daniel W. Ballard, Esq.*
Daniel W. Ballard, Esquire
Dballard@merlinlawgroup.com
125 Half Mile Road, Suite 110
Red Bank, NJ 07701
Phone: (732) 704-4647
Facsimile: (732) 704-4651
*Attorneys for Plaintiff*